137466

RECEIVED
APR 10 2001
CLERK, U.S. DIST. COURT
ST. PAUL, MN

# UNITED STATES DISTRICT COURT

**District of Minnesota**
**Clerk's Office, 708 Federal Building,**
**316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100**

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-442 JMR/FLN **Case Title:** Brian Melville v. Department 56, Inc. And Susan Engel

**Affidavit of Movant**

I, Harvey H. Eckart, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Paul J. Geller, an attorney admitted to practice in the State of Florida District of (see Attached), but not admitted to the bar of this court, who will be counsel for the (XX) plaintiff ( ) defendant Brian Melville in the case(s) listed below. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed below, and that I accept service of all papers served.

Signature: [signature] MN Attorney License #: 215879 Date: 04/09/01

**Affidavit of Proposed Admittee**

I, Paul J. Geller, am currently a member in good standing of the U.S. District Court for the State of Florida District of (See Attached) but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Type/Print Name: Paul J. Geller Signature: [signature] Date: 3-30-01

Attorney License Number: 984795 (FL Bar No.)

Law Firm Name & Address: Cauley Geller Bowman & Coates, LLP
2255 Glades Rd., Suite 421A
Boca Raton FL 33431

Telephone: (561) 750-3000

Motion Granted: [signature]
For the Court: Francis E. Dosal, Clerk

Date: APR 10 2001

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED APR 10 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____