# UNITED STATES DISTRICT COURT

**District of Minnesota**
**Clerk's Office, 708 Federal Building,**
**316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100**

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 01 CV 442 JMR/FLN **Case Title:** Brian Melville v. Department 56, Inc. et al.

**Affidavit of Movant**

I, Michael C. McCarthy, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Papaya Van Dyke, an attorney admitted to practice in the Southern District of New York, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (x)defendant Department 56, Inc. in the case(s) listed below. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed below, and that I accept service of all papers served.

[signature] 230406 5-21-01
Signature MN Attorney License # Date

**Affidavit of Proposed Admittee**

I, Papaya Van Dyke, am currently a member in good standing of the U.S. District Court for the Southern District of New York, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Papaya Van Dyke [signature] 5/17/01
Type/Print Name Signature Date

Attorney License Number: N/A

Law Firm Name & Address: Cleary, Gottlieb, Steen & Hamilton
One Liberty Plaza
New York, NY 10006

Telephone: (212) 225-2000

Motion Granted: [signature] MAY 22 2001
For the Court: Francis E. Dosal, Clerk Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

MAY 22 2001
FILED
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK