137745

RECEIVED
01 MAY 24 PM 4:19
CLERK, U.S. DIST. COURT
ST. PAUL, MN

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 708 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-442- JMR/FLN **Case Title:** Melville v. Department 56, Inc.

**Affidavit of Movant**

I, Garrett Blanchfield, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Marc Willner an attorney admitted to practice in the Eastern District of Pennsylvania but not admitted to the bar of this court, who will be counsel for the (X)plaintiff ( )defendant Brian Melville in the case(s) listed above. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed above, and that I accept service of all papers served.

[signature] Signature — 209855 MN Attorney License # — 5/24/01 Date

**Affidavit of Proposed Admittee**

I, Marc Willner, am currently a member in good standing of the U.S. District Court for the Eastern District of Pennsylvania, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Marc Willner — Type/Print Name

[signature] — Signature

5/23/01 — Date

Attorney License Number: 80495

Law Firm Name & Address: Schiffrin & Barroway, LLP
Three Bala Plaza East, Ste. 400
Bala Cynwyd, PA 19004

Telephone: (610) 667-7706

Motion Granted: [signature]
For the Court: Francis E. Dosal, Clerk

MAY 25 2001
Date

FILED MAY 25 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______