UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**NOTICE TO COUNSEL**

CIVIL ACTION NUMBER 01-442 JMR/SRN

Brian Melville vs. Department 56, Inc. et al

Pursuant to the consolidation order of Magistrate Nelson dated August 30, 2001, consolidating civil actions 01-401 JMR/SRN, Harold P. Grout vs. Department 56, Inc. and 01-655 JMR/SRN, I Sion Sian Lee-Zoha vs. Department 56, Inc. with the above action, Magistrate Susan R. Nelson hereby replaces Magistrate Franklin L. Noel in the above action.

RICHARD D. SLETTEN, CLERK

Cynthia Francis

BY: CYNTHIA FRANCIS, Deputy Clerk

DATED: November 30, 2001